**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____    Chapter    _7_

☐ Check if this is an
amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Merit One Lending, Inc** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | _2_ _6_ – _0_ _5_ _1_ _8_ _4_ _3_ _0_ |

4. Debtor's address

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **530 S. Lake Ave. #943**<br>Number    Street | **P.O. Box 50721**<br>Number    Street |
| | P.O. Box |
| **Pasadena**          **CA**    **91101**<br>City              State    ZIP Code | **Pasadena**          **CA**    **91115**<br>City              State    ZIP Code |
| **Los Angeles**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number    Street |
| | City              State    ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

Debtor  **Merit One Lending, Inc**_____    Case number (if known) _____

| | | |
|---|---|---|
| 7. | **Describe debtor's business** | *A. Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

| | | |
|---|---|---|
| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor  **Merit One Lending, Inc**                                      Case number (if known) _____

9.  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

        District _____  When _____
                                                MM / DD / YYYY
        Case number, if known _____


        Debtor _____  Relationship _____

        District _____  When _____
                                                MM / DD / YYYY
        Case number, if known _____

11. **Why is the case filed in this district?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?**      *(Check all that apply.)*

   ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

   ☐ It needs to be physically secured or protected from the weather.

   ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

   ☐ Other _____

   **Where is the property?**     _____
                                  Number      Street

                                  _____

                                  _____  _____  _____
                                  City                           State   ZIP Code

   **Is the property insured?**

   ☐ No
   ☐ Yes.  Insurance agency _____

           Contact name _____

           Phone _____

Debtor __Merit One Lending, Inc_____     Case number (if known) _____

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds** | Check one: | |

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/30/2023__
      MM / DD / YYYY

X _____
Signature of authorized representative of debtor

__Roger Vatche  Duzian__
Printed name

__President__
Title

Debtor  __Merit One Lending, Inc__                                    Case number (if known) _____

| 18. Signature of attorney | X | _/s/ Michael R. Totaro_ | Date | 5/30/2023 |

Signature of attorney for debtor                                           MM / DD / YYYY

**Michael R. Totaro**
Printed name

**Totaro & Shanahan**
Firm name

**P.O. Box 789**
Number        Street

**Pacific Palisades**                          **CA**        **90272**
City                                            State        ZIP Code

**(888) 425-2889**                              **Ocbkatty@aol.com**
Contact phone                                   Email address

**102229**                                      **CA**
Bar number                                      State

B 201 - Notice of Available Chapters (Rev. 06/14)                                                    USBC, Central District of California

Name:   <u>Totaro & Shanahan</u>

Address:   <u>P.O. Box 789</u>
<u>Pacific Palisades, CA 90272</u>

Telephone: <u>(888) 425-2889</u>                    Fax:    <u>(310) 496-1260</u>

☒  Attorney for Debtor
☐  Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names, including trade names, used by Debtor(s) within last  8 years:<br><br>Merit One Lending, Inc | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS**<br><br>(Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code |

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

1.  <u>**Services Available from Credit Counseling Agencies**</u>

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file forbankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis**. The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

B 201 - Notice of Available Chapters (Rev. 06/14)                                        USBC, Central District of California

2.    **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

**Chapter 7:** Liquidation ($245 filing fee, $75 administrative fee, $15 trustee surcharge: Total fee $335)

1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss

2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13:** Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $75 administrative fee: Total fee $310)

1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts ininstallments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollaramounts set forth in the Bankruptcy Code.

2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:** Reorganization ($1167 filing fee, $550 administrative fee: Total fee $1717)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:** Family Farmer or Fisherman ($200 filing fee, $75 administrative fee: Total fee $275)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

3. **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B 201 - Notice of Available Chapters (Rev. 06/14)                                    USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____          _____
Printed name and title, if any, of Bankruptcy Petition Preparer          Social Security number (If the bankruptcy petition
                                                                          Address: preparer is not an individual, state the
                                                                          Social Security number of the officer, principal,
_____          responsible person, or partner of the bankruptcy
                                                                          petition preparer.) (Required by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.


## Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

_____          _____  May 27, 2023
Merit One Lending, Inc                             Signature of Debtor              Date
Printed Name(s) of Debtor(s)


Case No. (if known)_____          _____  May 27, 2023
                                                   Signature of Joint Debtor (if any)   Date

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Pasadena_____, California

_____
Debtor


Dated    _May 27, 2023_____

_____
Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

_December 2012_                     Page 1                     **F 1015-2.1.STMT.RELATED.CASES**

| Attorney or Party Name, Address, Telephone & FAX Nos, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael R. Totaro<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(888) 425-2889<br>(310) 496-1260<br>102229<br>Ocbkatty@aol.com<br>☐   *Attorney for :*   Merit One Lending, Inc | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br>Merit One Lending, Inc<br><br><br>Debtor(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:          7 |
|---|---|
| Plaintiff(s). | **CORPORATE OWNERSHIP STATEMENT<br>PURSUANT TO FRBP 1007(a) (1)<br>and 7007.1, and LBR 1007-4** |
| Defendant(s). | [No Hearing] |

Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.

I,    Michael R. Totaro                          , the undersigned in the above-captioned case, hereby declare under penalty of perjury under the laws of the United States that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.        I have personal knowledge of the matters set forth in this Statement because:

　　　　　☐ I am the president or other officer or an authorized agent of the Debtor corporation
　　　　　☐ I am a party to an adversary proceeding
　　　　　☐ I am a party to a contested matter
　　　　　☒ I am the attorney for the Debtor corporation

2. a.        ☐ The following entities, other than the Debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

_____
_____
_____

[For additional names, attach an addendum to this form.]

b.        ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Date:    May 27, 2023

By:  /s/  Michael R. Totaro
    Signature of Debtor, or attorney for Debtor

Name:  Michael R. Totaro
      Printed name of Debtor, or attorney for Debtor

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**United States Bankruptcy Court**

**Central District of California**

In Re:   Merit One Lending, Inc

.                                                                    Case No:
                                                                    Chapter: 7


## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Roger Vatche Duzian, declare under penalty of perjury that I am the President of Merit One Lending, Inc. and that on May 27, 2023   the following resolution was   duly adopted by the Board of this Corporation:

"Whereas, it is in the best interest of this LLC to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be it Therefore Resolved, that Roger Vatche Duzian, the President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be it Further Resolved, that Roger Vatche Duzian, the President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and

Be it Further Resolved that Dustin T. Johnston, the President of this Corporation, is authorized and directed to employ Michael R. Totaro and the law firm of Totaro & Shanahan to represent the Corporation in such bankruptcy case."

Executed on: May 27, 2023          Signed:  _____
                                                        Roger Vatche Duzian
                                                        President

**Fill in this information to identify the case:**

Debtor Name  **Merit One Lending, Inc**

United States Bankruptcy Court for the:  **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1:    Summary of Assets

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B................................................................................................ | $0.00

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.............................................................................................. | $0.00

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B................................................................................................ | $0.00

### Part 2:    Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... | $0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F................................................ | $0.00

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.......................... | + $1,682,019.00

4.  **Total liabilities**
Lines 2 + 3a + 3b................................................................................................................... | $1,682,019.00

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **Merit One Lending, Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

    ☑ No. Go to Part 2.
    ☐ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | Current value of debtor's interest |
|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

    Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

4. **Other cash equivalents** *(Identify all)*

    Name of institution (bank or brokerage firm)

5. **Total of Part 1**
    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.                **$0.00**

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

    ☑ No. Go to Part 3.
    ☐ Yes. Fill in the information below.

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____
         Name

                                                                                  **Current value of debtor's interest**

**7.**   **Deposits, including security deposits and utility deposits**

     Description, including name of holder of deposit

**8.**   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

     Description, including name of holder of prepayment

**9.**   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.                             **$0.00**

## Part 3:  Accounts receivable

**10.**  **Does the debtor have any accounts receivable?**

     ☑ No. Go to Part 4.
     ☐ Yes. Fill in the information below.

                                                                           **Current value of debtor's interest**

**11.**  **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ·············→ _____
                           face amount                doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ·············→ _____
                         face amount                doubtful or uncollectible accounts

**12.**  **Total of Part 3**
     Current value on lines 11a + 11b = line 12. Copy the total to line 82.           **$0.00**

## Part 4:  Investments

**13.**  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.
     ☐ Yes. Fill in the information below.

                                                          **Valuation method used for current value**          **Current value of debtor's interest**

**14.**  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

**15.**  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of entity:                         % of ownership:

**16.**  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

**17.**  **Total of Part 4**
     Add lines 14 through 16. Copy the total to line 83.                        **$0.00**

## Part 5:  Inventory, excluding agriculture assets

**18.**  **Does the debtor own any inventory (excluding agriculture assets)?**

     ☑ No. Go to Part 6.
     ☐ Yes. Fill in the information below.

Debtor    **Merit One Lending, Inc**    Case number (if known) _____
          Name

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. Raw materials | | | | |
| 20. Work in progress | | | | |
| 21. Finished goods, including goods held for resale | | | | |
| 22. Other inventory or supplies | | | | |

**23. Total of Part 5**
Add lines 19 through 22. Copy the total to line 84.                                    $0.00

**24. Is any of the property listed in Part 5 perishable?**
☐ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☐ No
☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 28. Crops—either planted or harvested | | | | |
| 29. Farm animals  Examples: Livestock, poultry, farm-raised fish | | | | |
| 30. Farm machinery and equipment  (Other than titled motor vehicles) | | | | |
| 31. Farm and fishing supplies, chemicals, and feed | | | | |
| 32. Other farming and fishing-related property not already listed in Part 6 | | | | |

**33. Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes. Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____
                   Name

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.  **Office furniture**

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
     Add lines 39 through 42. Copy the total to line 86.                                         $0.00

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
     ☐ No
     ☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

49.  **Aircraft and accessories**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.  **Total of Part 8.**
     Add lines 47 through 50. Copy the total to line 87.                                        $0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☐ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☐ No
     ☐ Yes

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____
           Name

## Part 9:  Real property

54.  **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.    $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 10:  Intangibles and Intellectual Property

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  Patents, copyrights, trademarks, and trade secrets | | | |
| 61.  Internet domain names and websites | | | |
| 62.  Licenses, franchises, and royalties | | | |
| 63.  Customer lists, mailing lists, or other compilations | | | |
| 64.  Other intangibles, or intellectual property | | | |
| 65.  Goodwill | | | |

66.  **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.    $0.00

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☐ No
☐ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

Debtor   __Merit One Lending, Inc_____   Case number (if known) _____
                 Name

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No. Go to Part 12.
    ☐ Yes. Fill in the information below.

                                                                            **Current value of**
                                                                            **debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature,**
    **including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                     | $0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☐ No
    ☐ Yes

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____
             Name

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1.* | $0.00 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $0.00 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $0.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $0.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $0.00 | |
| 88. Real property. *Copy line 56, Part 9*.................................................➔ | | $0.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. | 91a. $0.00 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................................................ $0.00

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Merit One Lending, Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports<br>this claim |
|---|---|---|---|

**2.1**

| Creditor's name<br>_____ | Describe debtor's property that is subject to a lien<br>_____ | _____ | _____ |
|---|---|---|---|

Creditor's mailing address
_____
_____    Describe the lien
_____    _____
_____

Is the creditor an insider or related party?
☐ No
Creditor's email address, if known    ☐ Yes
_____

Date debt was incurred  _____    Is anyone else liable on this claim?
☐ No
Last 4 digits of account    ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
number    ___ ___ ___ ___

Do multiple creditors have an interest in    As of the petition filing date, the claim is:
the same property?    Check all that apply.
☐ No    ☐ Contingent
☐ Yes. Specify each creditor, including this    ☐ Unliquidated
creditor, and its relative priority.    ☐ Disputed

3.  Total of the dollar amounts from Part 1, Column A, including the amounts from the
    Additional Page, if any.    _____ **$0.00**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **Merit One Lending, Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.
☐ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.
    If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** **Priority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | _____ | _____ |

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Date or dates debt was incurred**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Last 4 digits of account number**  ___  ___  ___  ___

**Specify Code subsection of PRIORITY unsecured claim:**  11 U.S.C. § 507(a)(_____)

Debtor    **Merit One Lending, Inc**                                     Case number (if known) _____

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.**  If more space is needed for nonpriority unsecured
claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $106,000.00 |
| --- | --- | --- | --- |

**Commission Funding Solutions**

**1901 Wright Pl #200**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Carlsbad**            **CA    92006**        **Loan On Commissions**

Date or dates debt was incurred    2013        Is the claim subject to offset?

Last 4 digits of account number    t  O  n  e        ☑ No
                                                      ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $3,119.00 |
| --- | --- | --- | --- |

**ConServ**

**200 Cross Keys Office Park**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Fairport**            **NY    14450**        **Collecting for - IRS**

Date or dates debt was incurred    2009        Is the claim subject to offset?

Last 4 digits of account number    6  1  0  0        ☑ No
                                                      ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $100,000.00 |
| --- | --- | --- | --- |

**Law Offices of Gavril T. Gabriel**

**8255 Firestone Blvd. #209**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Downey**            **CA    90241**        **Collecting for - Nick Paizourous**

Date or dates debt was incurred    2021        Is the claim subject to offset?

Last 4 digits of account number    t  O  n  e        ☑ No
                                                      ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $545,000.00 |
| --- | --- | --- | --- |

**Matthew Denny**

**605 E. Calaveras St.**

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:

**Altadena**            **CA    91001**        **Business Debt**

Date or dates debt was incurred    2018-2020        Is the claim subject to offset?

Last 4 digits of account number    0  8  0  8        ☑ No
                                                      ☐ Yes

Debtor    **Merit One Lending, Inc** _____    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.5** Nonpriority creditor's name and mailing address

Myatt Watkins

2937 Raymond Ave.

_____

Altadena              CA      91001

Date or dates debt was incurred    2020

Last 4 digits of account number    t  O  n  e

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Loan to Business

Is the claim subject to offset?
☑ No
☐ Yes

$10,700.00

---

**3.6** Nonpriority creditor's name and mailing address

Paziourus Settlement

11 Winston St.

_____

Bradbury              CA      91008

Date or dates debt was incurred    2018

Last 4 digits of account number    0  9  7  7

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Loan to business

Is the claim subject to offset?
☑ No
☐ Yes

$163,200.00

---

**3.7** Nonpriority creditor's name and mailing address

Sarla Mawar Gupta, Rajnish Grupta

213 Deodar Ln

_____

Bradbury              CA      91008

Date or dates debt was incurred    2018

Last 4 digits of account number    t  O  n  e

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Client defaulted on Loan

Is the claim subject to offset?
☑ No
☐ Yes

$177,000.00

---

**3.8** Nonpriority creditor's name and mailing address

Siv Raj Gupta

754 Lyon St.

_____

Alta Loma              CA      91701

Date or dates debt was incurred    2019

Last 4 digits of account number    r  o  n  s

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
Client Loans that defaulted

Is the claim subject to offset?
☑ No
☐ Yes

$400,000.00

---

Debtor   __Merit One Lending, Inc__                                    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        **Amount of claim**

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$177,000.00** |

Check all that apply.

__Susan Ramirez__

__35800 106th St.E__

☐ Contingent
☐ Unliquidated
☑ Disputed

__Littlerock__            **CA**    **93543**

**Basis for the claim:**
__Client Loan that defaulted__

Date or dates debt was incurred    __2022__

**Is the claim subject to offset?**

Last 4 digits of account number    __t__ __O__ __n__ __e__

☑ No
☐ Yes

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____

## Part 3:    List Others to Be Notified About Unsecured Claims

4.    **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

4.1    __Corporate Security Investigations_____

__25852 McBean Parkway_____

__Valencia_____ __CA__ __91355__

Line _____

☑ Not listed. Explain:
   **Collecting for - Matthew Denny**

Last 4 digits: __0__ __8__ __0__ __8__

4.2    __Internal Revenue Service_____

__Central Insolvency Operations_____

__P.O. Box 7346_____

__Philadelphia_____ __PA__ __19101__

Line _____

☑ Not listed. Explain:
   **Taxes**

Last 4 digits: __2__ __2__ __9__ __6__

4.3    __RAB, Inc_____

__4450 SoJourn Dr #300_____

__Addison_____ __TX__ __75001__

Line _____

☑ Not listed. Explain:
   **Collecting for - Commission Funding**

Last 4 digits: __z__ __i__ __a__ __n__

Debtor    **Merit One Lending, Inc**_____    Case number (if known) _____

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  | | **Total of claim amounts** |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    $0.00 |
| 5b. | **Total claims from Part 2** | 5b. +    $1,682,019.00 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.    $1,682,019.00 |

Fill in this information to identify the case:

Debtor name          **Merit One Lending, Inc**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)          _____    Chapter ___7___          ☐ Check if this is an
                                                                            amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries
consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

        ☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.
        ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property*
              (Official Form 206A/B).

2.    **List all contracts and unexpired leases**          **State the name and mailing address for all other
                                                            parties with whom the debtor has an executory
                                                            contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

| | |
| --- | --- |
| Debtor name | **Merit One Lending, Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors                                      12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

| Fill in this information to identify the case and this filing: |
| --- |

| Debtor Name | **Merit One Lending, Inc** |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** |
| Case number (if known) | |

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors          12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule _____

☐ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/30/2023        X _____
          MM /DD / YYYY              Signature of individual signing on behalf of debtor

                    **Roger Vatche  Duzian**
                    Printed name
                    **President**
                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Merit One Lending, Inc**

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None

Identify the beginning and ending dates of the debtor's fiscal year,
which may be a calendar year

Sources of revenue
Check all that apply.

Gross revenue
(before deductions
and exclusions

| | | | | | Sources of revenue | Gross revenue |
|---|---|---|---|---|---|---|

**From the beginning of the
fiscal year to filing date:**    From  **01/01/2023**  to    Filing date   ☑ Operating a business
                                      MM / DD / YYYY                      ☐ Other _____          **$4,800.00**

**For prior year:**    From  **01/01/2022**  to    **12/31/2022**   ☑ Operating a business
                              MM / DD / YYYY        MM / DD / YYYY       ☐ Other _____   _____

**For the year before that:**   From  **01/01/2021**  to    **12/31/2021**   ☑ Operating a business
                                       MM / DD / YYYY        MM / DD / YYYY      ☐ Other _____   _____

2.  **Non-business revenue**

    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from
    lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days
    before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be
    adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☑ None

Debtor   __Merit One Lending, Inc_____   Case number (if known)   _____
        Name

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
$7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of
adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor
and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and
any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a
creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in
line 6.

☑ None

**6.** **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from
an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because
the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
| --- | --- |

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor
was involved in any capacity--within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
| --- | --- | --- | --- |
| 7.1. **Paziourus v. Merit One** | **Collections** | **Los Angeles Superior Court**<br>Name | ☐ Pending |
| | | **600 E. Broadway**<br>Street | ☐ On appeal |
| | | | ☑ Concluded |
| **Case number** | | | |
| **19GDCV00977** | | **Glendale**      **CA**   **91206**<br>City           State   ZIP Code | |

**8.** **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the
hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor   __Merit One Lending, Inc__                              Case number (if known) _____
         Name

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9.   **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

---

| Part 5: | Certain Losses |
|---|---|

10.  **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

---

| Part 6: | Certain Payments or Transfers |
|---|---|

11.  **Payments related to bankruptcy**
     List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Totaro & Shanahan | Plus filing Fee | 05/12/2023 | $1,500.00 |
| | Address | | | |
| | P.O. Box 789 | | | |
| | Street | | | |
| | | | | |
| | Pacific Palisades   CA   90272 | | | |
| | City   State   ZIP Code | | | |
| | Email or website address | | | |
| | | | | |
| | Who made the payment, if not debtor? | | | |
| | | | | |

12.  **Self-settled trusts of which the debtor is a beneficiary**
     List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
     Do not include transfers already listed on this statement.

☑ None

---

Debtor      __Merit One Lending, Inc_____      Case number (if known) _____
                    Name

13. **Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

## Part 7:   Previous Locations

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained _____

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☐ Yes.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
        ☐ No. Go to Part 10.
        ☐ Yes. Fill in below:

| Debtor | **Merit One Lending, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Wells Fargo**<br>Name<br><br>Street<br><br>**Pasadena    Ca**<br>City    State    ZIP Code | XXXX- **6  2  6  1** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/30/2023** | **$3.31** |
| 18.2. | **Wells Fargo**<br>Name<br><br>Street<br><br>**Pasadena    CA**<br>City    State    ZIP Code | XXXX- **6  9  2  6** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/30/2023** | **$1.95** |
| 18.3. | **Wells Fargo**<br>Name<br><br>Street<br><br>**Pasadena    CA**<br>City    State    ZIP Code | XXXX- **3  0  0  7** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other _____ | **5/30/2023** | **$13.00** |

Debtor   __Merit One Lending, Inc_____     Case number (if known) _____
           Name

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before
    filing this case.

    ☑ None

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a
    building in which the debtor does business.

    ☑ None

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held
    in trust.  Do not list leased or rented property.

    ☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or
  the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor
  formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a
  similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
    Include settlements and orders.

    ☑ No
    ☐ Yes.  Provide details below.

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in
    violation of an environmental law?**

    ☑ No
    ☐ Yes.  Provide details below.

24. **Has the debtor notified any govermental unit of any release of hazardous material?**

    ☑ No
    ☐ Yes.  Provide details below.

| Debtor | Merit One Lending, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 13:   Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| **Name and address** | | | **Dates of service** | | | |
|---|---|---|---|---|---|---|
| 26a.1. **Raymond Ng** | | | From | 2018 | To | Present |
| Name | | | | | | |
| **2990 E. Colorado Blvd. #104** | | | | | | |
| Street | | | | | | |
| | | | | | | |
| **Pasadena** | **CA** | **91107** | | | | |
| City | State | ZIP Code | | | | |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Roger Duzian** | **P.O. Box 50721 Pasadena, CA 91115** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor    __Merit One Lending, Inc_____    Case number (if known) _____
          Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

---

**Part 14:    Signature and Declaration**

**WARNING –** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/30/2023
               MM / DD / YYYY

X _____    Printed name   **Roger Vatche  Duzian**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Totaro & Shanahan<br>Michael R. Totaro  102229<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(888) 425-2889  FAX  (310) 496-1260<br>Ocbkatty@aol.com<br><br>☐ *Debtor(s) appearing without an attorney*<br>☑ *Attorney for:  Merit One Lending, Inc* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA  LOS ANGELES DIVISION**

| In re:<br><br>Merit One Lending, Inc<br><br><br><br><br><br>Debtor(s) | CASE NO:<br><br>Chapter **7** |
|---|---|
| | **DECLARATION RE:LIMITED SCOPE OF APPEARANCE PURSUANT TO LBR 2090-1** |
| | [No Hearing Required] |

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1. I am the attorney for the Debtor in the above-captioned bankruptcy case

2. On (*specify date*) May 12, 2023, I agreed with the Debtor that for a fee of 1,500.00, I would provide the following services only:

    a.    ☒ Prepare and file the Petition and Schedules.
    b.    ☒ Represent the Debtor at the 341(a) Hearing.
    c.    ☐ Represent the Debtor in any relief from stay motions.
    d.    ☐ Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to 11 U.S.C. § 727.
    e.    ☐ Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
    f.    ☐ Other (specify): None

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*            Page 1            **F 2090-1.1.DEC.LTD.SCOPE**

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the following date at the city set forth in the upper left hand corner of this page.

Dated:  May 27, 2023

I HEREBY APPROVE THE ABOVE:

Totaro & Shanahan
Printed name of law firm

_____
Signature of Debtor

/s/ Michael R. Totaro
Signature of attorney

_____
Signature of Joint Debtor

Michael R. Totaro
Printed Name of attorney

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 2090-1.1.DEC.LTD.SCOPE

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

In re  **Merit One Lending, Inc**

Case No. _____

Chapter   **7**_____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept............................................................... | **$1,500.00** |
| Prior to the filing of this statement I have received....................................................... | **$1,500.00** |
| Balance Due..................................................................................................................... | **$0.00** |

2. The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:
    **Adversary actions based on fraud.**

CERTIFICATION
    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

_5/27/2023_                                   _/s/ Michael R. Totaro_
            *Date*                            *Michael R. Totaro*            Bar No.  102229
                                              Totaro & Shanahan
                                              P.O. Box 789
                                              Pacific Palisades, CA 90272
                                              Phone: (888) 425-2889 / Fax: (310) 496-1260

| Attorney or Party name, Address, Telephone and Fax Numbers, and California State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Totaro & Shanahan<br>Michael R. Totaro  102229<br>P.O. Box 789<br>Pacific Palisades, CA 90272<br><br>(888) 425-2889  FAX  (310) 496-1260<br>Ocbkatty@aol.com<br><br>☐   *Debtor(s) appearing without attorney*<br>☑   *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>Merit One Lending, Inc<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO:<br><br>Chapter **7**<br><br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(d)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of

___1___ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date:  May 27, 2023 _____

Date:  May 27, 2023 _____

Date:  May 27, 2023 _____

_____
Signature of Debtor 1

_____
Signature of Debtor 2  (joint debtor) (if applicable)
/s/ Michael R. Totaro
_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California
*December 2015*                                                                                                          **F**
**1007-1.MAILING.LIST.VERIFICATION**

Commission Funding Solutions
1901 Wright Pl #200
Carlsbad, CA 92006

Siv Raj Gupta
754 Lyon St.
Alta Loma, CA 91701

ConServ
200 Cross Keys Office Park
Fairport, NY 14450

Susan Ramirez
35800 106th St.E
Littlerock, CA 93543

Corporate Security Investigations
25852 McBean Parkway
Valencia, CA 91355

Internal Revenue Service
Central Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101

Law Offices of Gavril T. Gabriel
8255 Firestone Blvd. #209
Downey, CA 90241

Matthew Denny
605 E. Calaveras St.
Altadena, CA 91001

Myatt Watkins
2937 Raymond Ave.
Altadena, CA 91001

Paziourus Settlement
11 Winston St.
Bradbury, CA 91008

RAB, Inc
4450 SoJourn Dr #300
Addison, TX 75001

Sarla Mawar Gupta, Rajnish Grupta
213 Deodar Ln
Bradbury, CA 91008